UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
United States of America ,

-vs-

Hanna Hanna ,

        Defendant.
--------------------------------------------------

ORDER

CR-95-1204(FB)

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ JUN 3 0 2005 ★ BROOKLYN OFFICE*

On June 13, 2005, the *pro se* defendant filed a motion to have his criminal record expunged there is no compelling argument in his motion for this Court to expunge his record. Accordingly it is

HEREBY ORDERED that *pro se* defendant's motion is DENIED.

                                                UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
           June 27, 2005

cc.: Hanna Hanna , *pro se* defendant