UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

Hanna Z. Hanna,

        Defendants.

---------------------------------------------------

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 1 5 2006 ★

BROOKLYN OFFICE

**ORDER**

CR-95-1204(FB)



On September 5, 2006 the defendant filed a pro se motion to have his record expunged. There is no compelling reasons stated in his motion papers to expunge his record. Accordingly it is

HEREBY ORDERED that defendant's pro se motion to expunge his record is DENIED.

ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       September 13, 2006